UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 SEP -8 AM 11: 48

CLERK

BY _____
DEPUTY CLERK

| | |
|---|---|
| DENISE THOMPSON and ROBERT E. THOMPSON, JR. | ) ) ) |
| Plaintiffs, | ) ) |
| v. | Case No.: 2:22-cv-170 ) ) |
| KILLINGTON/PICO SKI RESORT PARTNERS, LLC | ) ) ) |
| Defendant. | ) |

## COMPLAINT AND DEMAND FOR TRIAL BY JURY

### PRELIMINARY STATEMENT

This is a civil action seeking compensatory damages allowed by Vermont law for personal injuries suffered in a skier-snowmobile collision on February 19, 2022.

### JURISDICTION

1. This court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a), there being in excess of $75,000.00, exclusive of interest and costs, in controversy and this action being between citizens of different states.

### PARTIES

2. Plaintiff Denise Thompson and is a resident of Bergen County, New Jersey.

3. Plaintiff Robert E. Thompson, Jr. is a resident of Bergen County, New Jersey, and at all relevant times has been married to Denise Thompson.

4. Defendant Killington/Pico Ski Resort Partners, LLC is a limited liability company incorporated in Delaware with its principal place of business in Killington, Vermont.

5. Defendant Killington/Pico Ski Resort Partners, LLC owns and operates the Killington Resort.

## FACTS

6. On February 19, 2022, an employee of Killington/Pico Ski Resort Partners, LLC was driving a snowmobile up a ski trail on the mountain.

7. The employee was acting within the scope and course of his employment for the defendant.

8. At the same time, Denise Thompson was skiing down the same ski trail.

9. As the driver operating the snowmobile ascended the ski trail, the driver negligently collided with Denise Thompson.

10. As a result of the collision, Denise Thompson was injured.

## COUNT I – PERSONAL INJURIES OF DENISE THOMPSON

11. Plaintiff Denise Thompson was injured as a proximate result of the negligence of the defendant.

## COUNT II – LOSS OF CONSORTIUM OF ROBERT E. THOMPSON, JR.

12. As a result of the injuries Denise Thompson incurred due to defendant's negligence, Plaintiff Robert E. Thompson, Jr. suffered a loss of spousal consortium.

## CLAIM FOR RELIEF

WHEREFORE, Plaintiffs demand judgment against the Defendant in an amount within the jurisdictional limits of this court, and for other relief as is just and proper.

## JURY DEMAND

Plaintiffs demand a trial by jury.

DATED at Burlington, Vermont this 7th day of September, 2022.

                                                  SHOUP EVERS & GREEN, PLLC

                                                */s/ Tina L. Shoup*

                                                TINA L. SHOUP, ESQ.
                                                Attorneys for Plaintiffs
                                                84 Pine Street, Fourth Floor
                                                Burlington, VT 05401
                                                (802) 861-6666
                                                tshoup@seglawyers.com